UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW THE YORK
------------------------------------------------------------------------X
:
JAMES MURPHY, *for himself and on behalf of all other* :
*persons similarly situated*, :
:
                            Plaintiff, : 21-CV-10749 (JMF)
:
      -v- : ORDER
:
LOCKS GALLERY, :
                            Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's December 16, 2021 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on December 28, 2021. ECF Nos. 7-8. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 20, 2022**.

      SO ORDERED.

Dated: January 13, 2022
       New York, New York
                                                    JESSE M. FURMAN
                                              United States District Judge